1

2

3

4          UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
5                  AT TACOMA

6   NEAL STROBEL,

7                              Plaintiff,          Case No. 2:22-cv-254-TLF

8          v.                                      ORDER TO SHOW CAUSE

9   GLEN JAMES LESNICK et al.,,

10                             Defendants.

11         This matter comes before the Court on the lack of service of the amended

12  complaint on defendants. Defendants Teresa Lesnick and Glen James Lesnick filed a

13  response to the Court's order to show cause (Dkt. 37) informing the Court that they

14  have not been served (Dkt. 41).

15         The record contains no acceptance or proof of service of the complaint upon

16  defendants. More than 90 days have passed since plaintiff's amended complaint was

17  filed and defendants have not been served. "If a defendant is not served within 90 days

18  after the complaint is filed, the court—on motion or on its own after notice to the

19  plaintiff—must dismiss the action without prejudice against that defendant or order that

20  service be made within a specified time." Fed. R. Civ. P. 4(m).

21         Accordingly, plaintiff is directed to, by no later than February 10, 2023, file proof

22  of service or show good cause for plaintiff's failure to effect service against the named

23

24

25

ORDER TO SHOW CAUSE - 1

defendants or plaintiff's claims will be subject to dismissal without prejudice pursuant to Fed. R. Civ. P. 4(m).

The Clerk is direct to set this matter for consideration on February 10, 2022.

Dated this 25th day of January, 2023.


Theresa L. Fricke
United States Magistrate Judge

ORDER TO SHOW CAUSE - 2