UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEAL STROBEL, | CASE NO. 2:22-CV-00254-LK |
| Plaintiff, | ORDER ADOPTING REPORT AND RECOMMENDATION AND REQUIRING MR. ROSFJORD TO FILE DECLARATION |
| v. | |
| GLEN JAMES LESNICK, et al., | |
| Defendants. | |

This matter comes before the Court on United States Magistrate Judge Theresa L. Fricke's Report and Recommendation. Dkt. No. 45. Plaintiff Neal Strobel filed no objections. Having reviewed Judge Fricke's Report and Recommendation, the record, and the applicable law, the Court finds and ORDERS as follows:

(1) The Court ADOPTS Judge Fricke's Report and Recommendation. Dkt. No. 45.

(2) Plaintiff's action is DISMISSED without prejudice.

(3) The Clerk is directed to send copies of this Order to the parties at their last known addresses.

1    (4) Because it appears that Mr. Homsher is no longer practicing law, *see*

2         https://mywsba.org/PersonifyEbusiness/Default.aspx?TabID=1538&Usr_ID=000000

3         026935, Mr. Rosfjord is ORDERED to provide copies of this Order and the Report and

4         Recommendation to Mr. Strobel.

5    (5) Mr. Rosfjord is further ORDERED to file, no later than June 20, 2023, a declaration

6         attesting that he has provided Mr. Strobel with copies of this Order and the Report and

7         Recommendation. Failure to do so may result in sanctions.

8    Dated this 5th day of June, 2023.

9

10                                              Lauren King
                                                United States District Judge

11

ORDER ADOPTING REPORT AND RECOMMENDATION AND REQUIRING MR. ROSFJORD TO FILE
DECLARATION - 2